UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
CARMELLA M. RESTIVO GUARDADO,

                    Plaintiff,

                                        ORDER ADOPTING REPORT &
                                        RECOMMENDATION
                    -against-          04-CV-3309(JS)(AKT)

PRECISION FINANCIAL, INC. and
TABITHA MAZZARA, in her official
and individual capacity,

                    Defendants.
---------------------------------------X

Appearances:

For Plaintiff:              Scott Michael Mishkin, Esq.
                           Scott Michael Mishkin, P.C.
                           One Suffolk Square, Suite 240
                           Islandia, NY 11749

For Defendants:            Michael M. Freeman, Esq.
                           Hymowitz & Freeman
                           404 Park Avenue South
                           New York, NY 10016

SEYBERT, District Judge:

        Upon review of the Report and Recommendation ("Report")

of Magistrate Judge A. Kathleen Tomlinson issued March 19, 2007, to

which no party has objected, the Court hereby ADOPTS the Report in

its entirety.

        Magistrate Judge Tomlinson's Report and Recommendation

provided that any objections were to be filed with the Clerk of the

Court within ten days of the date of the report.  The Court notes

that on March 30, 2007, both parties indicated that they would not

be filing objections to the Report and Recommendation.

Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report and Recommendation and ORDERS that Defendants' motion for attorney's fees is DENIED, with prejudice, and Plaintiff's fee application is DENIED, without prejudice and with the right to renew once Plaintiff has provided the appropriate information as outlined in the Report and Recommendation. Additionally, the request to tax costs is also DENIED with leave to renew.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:  Central Islip, New York
        March 31, 2007